71,041-04,05,06
11-23-2015

Elton Powell # 764704
Bill Clement unit 9601 Spur 591
Amarillo TX 79107

Dear Clerk I need to

Know if my HeBeas Corpus

has Been DIS MISS

Yes or NO

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

Thank for you Time in help

in This matter

Elton Powell